DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KINGSLEY CHIN, M.D.,** and **LESS INSTITUTE CLINICAL, PLLC,**
Appellants,

v.

**JESUS PEREZ,**
Appellee.

No. 4D2023-1395

[December 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE19-025333.

Dinah S. Stein of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, and Jonathon P. Lynn of La Cava Jacobson & Goodis, P.A., Fort Lauderdale, for appellants.

Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Kenneth J. McKenna, Anthony F. Sos, and Ryan Young of Dellecker Wilson King Mckenna & Ruffier, Orlando, for appellee.

PER CURIAM.

*Affirmed. See State v. Johnson*, 295 So. 3d 710 (Fla. 2020).

GERBER, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***